UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LINDA R. HENDERSON ) | Case No.: C 11-01529 PSG |
| ) | |
| Plaintiff, ) | **STANDBY ORDER TO SHOW** |
| v. ) | **CAUSE** |
| ) | |
| GUARDSMARK, LLC., ) | **(Re: Docket No. 29)** |
| ) | |
| Defendant. ) | |

The court has been informed that the parties have reached a settlement agreement.

IT IS HEREBY ORDERED that the case management conference set for July 26, 2011 is vacated.

IT IS FURTHER ORDERED that the parties are required to file a stipulation of dismissal by August 19, 2011. If a stipulation of dismissal is not filed by that date, the parties shall appear on August 23, 2011 at 2 p.m. in Courtroom 5, 4th Floor of the San Jose Courthouse to show cause why this case should not be dismissed.

Failure to comply with this order may result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: July 21, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: 11-01529
ORDER